UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION



FILED
NOV 22 2006
CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 06-40039 |
| Plaintiff, | |
| vs. | ORDER |
| ANTENISHA JIMERSON; ARSHEENA LOONEY; and SONYA BONWELL, | |
| Defendants. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pending before the Court is Defendant Arsheena Looney's Motion to Continue Change of Plea Hearing, Doc. 119, and the Government does not object. After consideration of the file in this matter, the Court finds that Defendant is currently housed at the New Start Program with her newborn baby, and failure to grant the continuance would deny Defendant Looney the opportunity to continue bonding with her child. Further, the Court finds that the ends of justice served by continuing this plea outweigh any other interests of the public and the Defendant. For all of those reasons as well as those set forth in the Motion, Defendant's Motion is granted.

IT IS ORDERED:

1. That the Defendant Arsheena Looney's Motion to Continue Change of Plea Hearing, Doc. 119, is granted.

2. That the Defendant Arsheena Looney shall appear before the Court in Sioux Falls, South Dakota, on Monday, February 5, 2007, at 11:00 A.M., for the purpose of entering a change of plea.

3. That the period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense for the Defendant must commence, as the Court finds that the ends of justice served by taking such action outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Dated this 22nd day of November, 2006.

BY THE COURT:

/s/ Lawrence L. Piersol
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: /s/ Shelly Margulies
DEPUTY